# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR RODRIGUEZ,

      Plaintiff,

CASE NO.: 6:18-CV-91-ORL-22 GJK

v.

TRANSDEV BUS ON DEMAND,
LLC,

      Defendant.

## FLSA SETTLEMENT AGREEMENT AND RELEASE

This FLSA Settlement Agreement and Release (the "Agreement") is made and entered into by VICTOR RODRIGUEZ ("Rodriguez") and TRANSDEV BUS ON DEMAND, LLC ("Transdev") (Rodriguez and Transdev each being a "Party" and, collectively, the "Parties").

WHEREAS, Rodriguez filed a civil action *Victor Rodriguez v. Transdev Bus on Demand, LLC*, in the United States District Court, Middle District of Florida, Orlando Division, Case No.: 6:18-CV-91-ORL-22 GJK, asserting allegations relating to and arising out of his employment with and separation of employment from Transdev, specifically a retaliation claim under the Fair Labor Standards Act (the "Case");

WHEREAS, the Parties understand and acknowledge the risks involved in litigation, including the potential for unavailability or uncooperativeness of witnesses, procedural delays and the prospect of a loss, in whole or in part;

WHEREAS, the Parties submit that this settlement is the product of thoughtful, careful and deliberate negotiations regarding any and all issues in any way related to these matters;

WHEREAS, the Parties consider this settlement reasonable in light of the nature of the

*[Rodriguez's Initials]*

violations alleged, the risks inherent in litigation, and the stage of these proceedings; and

WHEREAS, the Parties have resolved this matter and wish to avoid the disruption and expense of litigation, and do not wish to be compelled to take the very risks that they wish to avoid.

NOW, THEREFORE, in consideration of the premises and mutual promises contained herein, it is agreed as follows:

1. **No Admission of Wrongdoing or Liability.** Nothing contained in this Agreement shall constitute, or be construed as, or is intended to be an admission or an acknowledgment by Transdev of any wrongdoing, wrongful act, or liability with respect to Rodriguez or any other person, or that Rodriguez has any other rights against Transdev; all such wrongdoing and liability being expressly denied, and all rights preserved.

2. **Settlement Payment.** In consideration of this Agreement, in full and final settlement of any and all Fair Labor Standards Act ("FLSA") claims which were or could have been made by Rodriguez against Transdev, Transdev shall pay the total sum of Eight Thousand Five Hundred dollars and Zero cents ($8,500.00) ("Settlement Sum") as follows:

   a. A check to Rodriguez in the amount of $2,500.00, less taxes and other lawfully required deductions, as alleged unpaid wages and back pay for all FLSA claims, for which an IRS Form W-2 will be issued to Rodriguez.

   b. A check to Rodriguez in the amount of $1,500.00, as alleged liquidated damages, for which an IRS Form 1099 will be issued to Rodriguez.

   c. A check to Morgan & Morgan, P.A. in the amount of $4,500.00, for attorneys' fees and costs, for which an IRS Form 1099 will be issued to Morgan & Morgan, P.A.

The Settlement Sum shall be issued by Transdev within ten (10) business days from the

2


Rodriguez's Initials

date on which this action is dismissed with prejudice provided Transdev has received all completed tax documents from Rodriguez and his counsel.

3. **Release of FLSA Claims by Rodriguez.**

    a. In consideration of and conditioned upon receipt of the Settlement Sum as described above, Rodriguez does hereby release and forever discharge Transdev Bus on Demand, LLC, its subsidiaries, business units, affiliates, parent companies, past and present, their predecessors and successors and their respective officers, directors, executives, managers, members, managing members, employees, agents, legal counsel, shareholders, trustees, joint venturers, partners, successors and assigns, past and present (hereinafter referred to collectively as the "Released Parties") from any and all FLSA claims, demands, acts, actions, occurrences, costs, losses, obligations, proceedings, litigations, demands, liabilities, promises, causes of action, suits for statutory damages, or for injunctive relief, arising out of the FLSA, whether known or unknown, suspected or unsuspected, that Rodriguez may have against the Released Parties arising from, in connection with, or relating to (a) the terms and conditions of his employment with Transdev; (b) the termination of his employment with Transdev; and (c) the aforementioned Case. It is expressly intended, understood and agreed that the claims, disputes, and controversies released by Rodriguez shall include:

        (1) FLSA and state and local wage-hour laws and regulations; and

        (2) Claims for disputed wages under the FLSA; and

        (3) Claims for retaliation under the FLSA; and

        (4) Claims for Rodriguez's attorneys' fees and costs.

    b. Rodriguez agrees and understands that any claims, disputes, and

3

Rodriguez's Initials

controversies she may have under the FLSA are effectively waived and released by this Agreement. This Release does not extend to claims which as a matter of law cannot be waived. Rodriguez acknowledges and understands that this paragraph is intended to prevent him from making any claim, dispute, and controversy against the Released Parties regarding any matter or incident relating to or arising from the FLSA.

4. **Breach of Agreement.** In the event Rodriguez breaches any obligation under this Agreement, any outstanding obligations of Transdev hereunder shall immediately terminate and Rodriguez shall return any payments previously received from Transdev pursuant to this Agreement. If either party breaches this Agreement, the prevailing party shall be entitled to fees, costs, and such other relief that a court of competent jurisdiction deems appropriate, including reasonable attorneys' fees and costs for any appeal.

5. **Binding Effect.** This Agreement shall be binding upon and inure to the benefit of the Parties, and upon their officers, directors, executives, managers, managing members, employees, agents, legal counsel, heirs, successors, administrators, representatives, executors, and assigns.

6. **Warranties and Representations.**

   a. In signing this Agreement, all Parties expressly warrant and represent that they have carefully read and fully understand the comprehensive terms and conditions of the Agreement and the releases set forth herein.

   b. All Parties warrant and represent that they are executing this Agreement knowingly and voluntarily, without any duress, coercion, fraud, or undue influence.

   c. In entering into this Agreement, all parties represent and warrant their

4

*UMRO*
Rodriguez's Initials

understanding that they have the right to consult with an attorney of their own choice and that they have had the opportunity to consult with an attorney of their choice before executing this Agreement.

    d.    Rodriguez hereby agrees that the Settlement Sum recited above in Section 2 constitutes good and valuable consideration.

    e.    The Parties are fully satisfied with the terms and conditions of this Agreement including, without limitation, the consideration paid to Rodriguez by Transdev.

    7.    **Severability.**  If any one or more of the terms, provisions, promises, covenants or conditions of this Agreement or the application thereof to any person or circumstance shall be adjudged to any extent invalid, unenforceable, void or voidable for any reason whatsoever by a court of competent jurisdiction, the basis of the bargain of this Agreement is not destroyed, such provision shall be construed as narrowly as possible, and each and all of the remaining terms, provisions, promises, covenants and conditions of this Agreement or their application to other persons or circumstances shall not be affected thereby and shall be valid and enforceable to the fullest extent permitted by law. To the extent this Agreement is in violation of applicable law, the Parties agree to negotiate in good faith to amend the Agreement, consistent with its purposes, to the extent possible and in order to conform to law.

    8.    **Venue, Governing Law and Interpretation.**  This Agreement shall be governed by the laws of the State of Florida without regard to its conflict of laws provisions. In the event of any action arising hereunder, venue shall be proper in the United States District Court, Middle District of Florida, Orlando Division. This Agreement shall be interpreted in accordance with the plain meaning of its terms and not strictly for or against any of the parties hereto.

5


Rodriguez's Initials

THIS IS A LEGALLY ENFORCEABLE AGREEMENT. THE PARTIES ARE SIGNING THIS AGREEMENT VOLUNTARILY AND KNOWINGLY.

Dated: June 17, 2018.
July

_____
VICTOR RODRIGUEZ

STATE OF FLORIDA  )
COUNTY OF _____ )

SWORN TO AND SUBSCRIBED before me this 17th day of July 2018, by VICTOR RODRIGUEZ, who is personally known to me or has produced Florida Drivers License as identification.

_____
(Notary Signature)
Christie L. Effron
(Notary Name Printed)
NOTARY PUBLIC
Commission No. GG 191154

(NOTARY SEAL)

CHRISTIE L. EFFRON
MY COMMISSION # GG 191154
EXPIRES: June 27, 2022
Bonded Thru Notary Public Underwriters

Dated: July 19, 2018.

_____
TRANSDEV BUS ON DEMAND, LLC
By:  Thomas J. Harris, III
Its: Deputy General Counsel

Firmwide:155261262.1 095164.1005

6

VMRO
Rodriguez's Initials