# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VICTOR RODRIGUEZ,

      **Plaintiff,**

v.                                                 Case No: 6:18-cv-91-Orl-22GJK

TRANSDEV BUS ON DEMAND, LLC,

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice (Doc. No. 26) filed on July 23, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 28, 2018 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement is hereby GRANTED. The Court finds the Agreement to be a fair and reasonable resolution of Plaintiff's claims.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record